UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : BANKRUPTCY NO. 05-11159 |
| | : CHAPTER 7 |
| RICHARD A. BUNCE, DEBTOR | : |
| | : |
| MABEL KNAPP, Plaintiff | : ADVERSARY NO. 05-1272 |
| VS. | : |
| RICHARD A. BUNCE, Defendant | : |

## MEMORANDUM AND ORDER

Mabel Knapp has filed an objection to discharge of the Debtor including a debt in the amount of $51,307.28. Mabel Knapp's daughter was formerly married to the Debtor. The loans apparently were made during the course of the marriage between Plaintiff's daughter and the Debtor.

The Court sees no conduct in the allegations of the Complaint which would constitute a basis for denial of discharge. It well may be that the indebtedness exists, but there is no basis for a determination that the indebtedness should not be discharged.

Mabel Knapp should engage counsel, since a further inquiry into the situation might yield facts which would require a different result.

It is therefore ORDERED that the above adversary and complaint is dismissed.

October 11th, 2005

Warren W. Bentz
United States Bankruptcy Judge

FILED
OCT 7 2005
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA
ERIE OFFICE

c: Joan M. Fairchild, Esq.
   Mabel Knapp